Mr. William AE Baafi
2510 Skyline Drive Unit 10
Lowell, Massachusetts 01854

7/20/2021 – 12:56 PM EST

Attn: Boston Federal Court

FILED
IN CLERKS OFFICE

2021 JUL 22 PM 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

I am writing in concern to the levied Civil Complaints against Raj Singh and Wilson Valentine. The participants in this specific Witness Intimidation Assailancy, Racketeering, and Fiduciary Benefit Mutilative Conspiracy have the intent to cause severe physical harm to my physiological well-being including orchestrating Mutilative Blindness, whilst aggrandizing yields from causing physical pain, injury and blindness. Please query all Satellite Records pertinent to their Witness Intimidation Assailancy in relevant time frame to my relocation to this residence in North Lowell. The activities of this faction include violating RICO Act Statutes and War Criminal Offences charged by The United States US Attorney's Office at The United States Department of Justice, The United Nations CounterTerrorism Committee and The International Criminal Court at The Hague. The primary offensive against me has been intensified due to my compliance with writing Offence Queries to Defense Intelligence Agency and The Hague. I would suggest that in the interrogation of the subjects, all data specific to the Mutilation I have experienced be queried and matched to Assailancy Offensives of which The Defense Intelligence Agency maintains records.

All of the mentioned parties in the Civil Complaints may be members of Al Qaeda or resolutely similar groups, including the Colombian Cali Cartel.

Sincerely,
William Baafi