UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM AE BAAFI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 21-11209-FDS |
| RAJ SINGH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**SAYLOR, J.**

On July 22, 2021, William AE Baafi filed a one-page document directed to the attention of the "Boston Federal Court" in which he writes "in concern to the levied Civil Complaints" against two individuals identified as Raj Singh and Wilson Valentine. For the reasons stated below, the Court will dismiss this action.

The purpose of the document, which appears to be more a letter than a complaint, seems to be to enlist the Court's assistance in investigating Singh and Valentine. According to Baafi, those two individuals participate in "specific Witness Intimidation Assailancy, Racketeering, and Fiduciary Benefit Mutilative Conspiracy" against him. They allegedly have the "intent to cause severe physical harm to [Baafi's] psychological well-being, including orchestrating Mutilative Blindness." *Id.* Baafi alleges that the "offensive against [him] has been intensified due to [his] compliance with writing Offence Queries to Defense Intelligence Agency and The Hague." He believes that the two individuals "may be members of Al Qaeda or resolutely similar groups, including the Colombian Cali Cartel." *Id.*

2

Baafi requests that "all Satellite Records pertinent to their Witness Intimidation of Assailancy in relevant time frame to [his] relocation to this residence in North Lowell" be "quir[ed]." *Id.* He "suggest[s] that in the interrogation of the subjects, all data specific to the Mutilation I have experienced be queried and matched to Assailancy Offensives of which The Defense Intelligence Agency maintains records." *Id.*

The Court is without any jurisdiction to provide the assistance Baafi seeks. The role of the Court is to adjudicate actions brought before it, not investigate alleged misconduct.

Accordingly, this action is DISMISSED without prejudice. No filing fee is assessed.

**So Ordered.**

/s/ F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:  August 30, 2021